IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **MICHAEL BRUCE SHEDDON** | § | C.A. NO. 3:13-CV-00127 |
| | § | |
| vs. | § | |
| | § | **JURY DEMANDED** |
| | § | |
| **SOVCOMFLOT AND UNICOM** | § | |
| **MANAGEMENT SERVICES, LTD.** | § | |

## PLAINTIFF'S STATUS REPORT

NOW COMES Plaintiff MICHAEL BRUCE SHEDDON and provides this Status Report in this case.

Sovcomflot is an instrumentality of the foreign sovereign state of Russia. As such, Title 28 U.S.C. § 1608(a)(2) of the Foreign Sovereign Immunities Act requires service to be made in accordance with an applicable international convention on service of judicial documents. Russia is a signatory to the Hague Service Convention, but rejects Hague Service because the United States charges a fee to execute a request for service, even though the fee is in accordance with the Hague Service Convention.

As such, we had to forward to the designated Central Authority for Russia the requisite FSIA Notice of Suit, with attachment, Hague Request and Summary, Summons, Original Complaint, with Russian translations thereof, requesting formal service on Sovcomflot in accordance with the Hague Convention and FSIA. To date, we have not received any response from the Russian authorities. Undoubtedly, recent tensions with the West have slowed Russian answers to service of process. In talking with our foreign service providers, we remain cautiously optimistic that Russia will eventually act in the appropriate manner. I have attached the Affidavit of Celeste Ingalls for further detail.

The Monrovia-flagged vessel where the injury occurred, *SCF Khibiny*, is still in the

Black Sea.  As of 0837 on November 19, 2014, its location is 44.8885/36.56913.

    We are truly sorry for slowing the Court's docket down but remain committed to obtaining justice for this injured seaman.

                                                                 Respectfully submitted,

                                                                  _____/s/ Scott A. Nelson_____
                                                    Scott A. Nelson
                                                    Law Office of Scott A. Nelson, P.C.
                                                    Wells Fargo Tower
                                                    615 N. Upper Broadway, Suite 612
                                                    Corpus Christi, Texas 78477
                                                    Telephone: (361) 882-4001
                                                    Fax: (361) 882-4201
                                                    State Bar No. 00794363
                                                    Federal Bar. No. 30685

                                                    **ATTORNEY-IN-CHARGE**